Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
September 29, 2023

Name of Offender: **Mayra Yanet Camacho**

Case Number: **2:23CR00176**

Name of Sentencing Judicial Officer: **Honorable Frank Montalvo**

Date of Original Sentence: **September 11, 2018**

Original Offense: **Possession of a Mixture or Substance Containing a Detectable Amount of Methamphetamine greater than 500 Grams**

Original Sentence: **63 Months prison, followed by 48 Months TSR.**

Date Supervision Commenced: **December 9, 2021**

Date Jurisdiction Transferred to District of Nevada: **September 20, 2023**

Name of Assigned Judicial Officer: **Honorable Cristina D. Silva**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **No Contact** – You must not communicate, or otherwise interact, with Jose Madrid, either directly or through someone else, without first obtaining the permission of the probation office.

   On August 23, 2023, Camacho was arrested by Las Vegas Metropolitan Police Department (LVMPD) for Domestic Battery with a Deadly Weapon (Felony) and Domestic Battery, first offense (Misdemeanor) after allegedly stabbing her boyfriend in the face with a pair of office scissors. On the same date, Camacho was released from custody on her own recognizance with bond conditions to stay out of trouble and no contact with the victim, Jose Madrid. Camacho is set to appear before Las Vegas Justice Court in case 23-CR-064658 on October 18, 2023, at 10:00 A.M for a Preliminary Hearing.

RE: Mayra Yanet Camacho

Prob12B
D/NV Form
Rev. June 2014

## CAUSE

On September 11, 2018, Mayra Yanet Camacho was sentenced in the Western District of Texas (El Paso Division) by the Honorable Judge Frank Montalvo to a term of 63 months imprisonment followed by four (4) years of supervised release for committing the offense of Possession of a Mixture or Substance Containing a Detectable Amount of Methamphetamine greater than 500 Grams, a Class A Felony. On December 9, 2021, Camacho commenced her supervised release term in the District of Nevada. On September 20, 2023, Your Honor accepted jurisdiction of Camacho's case.

On August 23, 2023, Camacho was arrested by Las Vegas Metropolitan Police Department (LVMPD) for Domestic Battery with a Deadly Weapon (Felony) and Domestic Battery, first offense (Misdemeanor). Per LVMPD arresting documents, on August 22, 2023, at 11:37 PM, Officers were dispatched to Camacho's residence in reference to a domestic disturbance with one caller stating her husband was harassing her. Additionally, another call was received, later identified as the victim, Jose Madrid, stating his wife (Camacho) had attempted to stab him in the face with "pizza cutters". Officers later clarified that the "pizza cutters" were a pair of office scissors.

Upon LVMPD arrival, Officers separated the couple for interviews. It should be noted that Madrid and Camacho have been in a romantic relationship since July 2021. Madrid relayed to Officers that the couple went to the Gold Coast Casino earlier in the night where a verbal argument ensued due to jealousy issues. Camacho was taken home by a friend to which Madrid came home at a later time. When Madrid arrived home, he attempted to go to sleep in the living room and Camacho began to attack him with "pizza cutters." He stated she hit him in the face three times with the scissors causing a small cut on the left of his mouth. Additionally, he relayed that Camacho attempted to grab his throat and scratched Madrid as Madrid attempted to stop Camacho from grabbing him. Officers did see a visual mark on Madrid's neck but could not conclude if it was from the altercation or not.

Officers then interviewed Camacho, who was read her Miranda Rights, and agreed to speak with officers. When Camacho was initially asked about the scissors, she stated she "forgot about them." She relayed that Madrid came to the apartment intoxicated and attempted to push through the door. Camacho stated she was defending herself. Officers inquired if she hit Madrid in the face with the scissors to which Camacho confirmed because Madrid was going to wake her child. Officers arrested Camacho accordingly. Madrid became hysterical and subsequently refused to comply with Officers once he learned Camacho was being arrested and transported to Clark County Detention Center (CCDC). On August 23, 2023, Camacho appeared Las Vegas Justice Court case 23-CR-064658. Camacho was released on bail with the conditions to stay out of trouble, in addition to a no contact order with Jose Madrid.

On August 25, 2023, the undersigned met with Camacho in the U.S Probation Office and discussed the circumstances revolving around her arrest. Camacho relayed Madrid has been abusing her, she was planning on dissolving the relationship, planning on moving out of their home, and she was defending herself prior to the arrest. Additionally, she relayed that Madrid

RE: Mayra Yanet Camacho

Prob12B
D/NV Form
Rev. June 2014

fled out of the state after her arrest due to his own fear of being arrested due to his illegal immigration status. It should be noted that the undersigned was never notified or made aware of any abuse until this meeting. The undersigned inquired further to which Camacho stated she never wanted to combat any abuse due to her supervision status. The undersigned sympathized with Camacho as to her abuse but admonished her for using supervision as a scapegoat. Relayed that she has always had the opportunity to speak to the undersigned and has discussed multiple different issues with the undersigned, she has made other reports to law enforcement while on supervision, and she is aware of resources that supervision can provide to which she acknowledged. Camacho was drug tested on the same date which yielded negative for any illicit substances. Our office has made multiple attempts to contact Madrid with no prevail.

Camacho's next Court date is set for October 18, 2023, 10:00 A.M before the Honorable Judge Noreen Demonte for a Preliminary Hearing. Our office intends to monitor Las Vegas Justice Court proceedings to which the Court will be advised of the results of the Preliminary Hearing accordingly to further address Camacho's supervised release violation.

At this time, the U.S Probation Office is requesting that Camacho's conditions be modified to include No Contact with Jose Madrid as he is the identified victim of Camacho's recent arrest for Domestic Battery with a Deadly Weapon and Domestic Battery. Camacho is in agreement with this modification as evident by her signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release (Prob 49). Should Your Honor have any questions or concerns, the U.S Probation Office will be available at the Court's discretion.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2023.10.02 11:16:46 -07'00'

Briana Casey
United States Probation Officer Assistant

Approved:

*Joy Gek*
Digitally signed by Joy Gabonia
Date: 2023.10.02 11:00:20 -07'00'

Joy Gabonia
Supervisory United States Probation Officer

RE: **Mayra Yanet Camacho**

Prob12B
D/NV Form
Rev. June 2014

---

### THE COURT ORDERS

☐     No Action.

☐     The extension of supervision as noted above.

☒     The modification of conditions as noted above

☐     Other (please include Judicial Officer instructions below):

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

_____
Signature of Judicial Officer

_October 3, 2023_____
Date